UNITED STATES DISTRICT COURT
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT CR 15-213 RHK/LIB |
| Plaintiff, | 18 U.S.C. § 1709 |
| v. | |
| ASHLEY MARIE BOTHUM, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Theft of Mail Matter by Postal Employee)

In or about April 2015, in the State and District of Minnesota, the defendant,

**ASHLEY MARIE BOTHUM,**

a Postal Service employee, did embezzle letters, postal cards, packages, and mail, and articles and things contained therein entrusted to her and which came into her possession intended to be conveyed by mail, to wit: two gift cards contained in test mailings, a package from The Children's Place, a package from American Eagle Outfitters, and packages from DMC, among other things, all in violation of Title 18, United States Code, Section 1709.

A TRUE BILL

_____       _____
UNITED STATES ATTORNEY                FOREPERSON


SCANNED
JUL 21 2015
U.S. DISTRICT COURT MPLS